Peter L. Kaufman, FL Bar No. 0548421
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
PO Box 12308
Pensacola, FL 32591
Telephone: (850) 435-7107
Facsimile: (850) 435-7020
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number:C 06 0029 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| HORTENSIA DENISE WATTS-PENNIX, individually and on behalf of MARY LEE WATTS, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, HORTENSIA DENISE WATTS-PENNIX, on behalf of MARY

LEE WATTS, and Defendants, by and through the undersigned attorneys, pursuant to Federal

Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with

prejudice with each side bearing its own attorneys' fees and costs.

DATED: _____ , 2009

By: _____

    Peter L. Kaufman, FL Bar No. 0548421
    LEVIN, PAPANTONIO, THOMAS,
    MITCHELL, ECHSNER & PROCTOR, P.A.
    316 South Baylen Street, Suite 600 (32502)
    PO Box 12308
    Pensacola, FL 32591
    Telephone: (850) 435-7107
    Facsimile: (850) 435-7020
    *Attorneys for Plaintiff*

DATED: August 6, 2009

By: _____

    DLA PIPER LLP (US)
    1251 Avenue of the Americas
    New York, NY 10020
    Telephone: (212) 335-4500
    Facsimile: (212) 335-4501
    *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **AUG 1 7 2009**

Hon. Charles R. Breyer
United States District Court

PFZR/1.03\o\bf61\9\9t655\ 1